## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Kyle Van Dyk  
      Dina Marie Van Dyk aka Dina Marie Feil  
              Debtor(s)

BK NO. 24-02793 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Brent J. Lemon*  
_____  
Brent Lemon  
01 Nov 2024, 14:03:50, EDT

                              KML Law Group, P.C.  
                              BNY Mellon Independence Center  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA 19106  
                              215-627-1322