IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  :  Bankruptcy No. 5:24-bk-02793
        :
Kyle Van Dyk  :
Dina Marie Van Dyk  :
          Debtors  :  Chapter  13
        :

**PAYMENT ADVICE COVER SHEET**

I <u>Kyle Van Dyk</u> declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒ I have not been employed by any employer within the 60 days before the date of filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices of other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, <u>Dina Marie Van Dyk</u>, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☒ I have received payment advices of other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date: <u>10/30/2024</u>          Signature <u>/s/ Kyle Van Dyk</u>
                                         Debtor

Date: <u>10/30/2024</u>          Signature <u>/s/ Dina Marie Van Dyk</u>
                                         Joint Debtor

# View Paycheck

New Window | Help

**Dina Van Dyk**

Net Pay  $0.00

**Company**
Red Lobster Restaurants LLC
**Address**
450 S. Orange Ave
Suite 800
Orlando, FL 32801

Pay Begin Date  09/30/2024
Pay End Date  10/06/2024
Check Date  10/11/2024

Review the details of your paycheck. To view other checks, select  View a Different Paycheck

## General

| | | | |
|---|---|---|---|
| Name | Dina M Van Dyk | Business Unit | RLUSA |
| Employee ID | 102106725 | Pay Group | RLR RLA HOURLY USA |
| Address | 3037 Pleasant View Dr | Department | 6358 - Stroudsburg, PA |
| | Kunkletown, PA 18058 | Location | Stroudsburg - Bartonsville, Pa |
| | | Job Title | Restaurant Hourly Employee |
| | | Pay Rate | Weekly |

## Tax Data

| | | | |
|---|---|---|---|
| Fed Tax Status | Married | PA Tax Status | Not applicable |
| Fed Allowances | N/A | W/H Allows | 0 |
| Fed Percent | N/A | PA Addl Percent | 0.000 |
| Fed Addl Amount | $0.00 | PA Addl Amount | $0.00 |

## Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 103.48 | 593.12 | 103.48 | 0.00 | 0.00 |
| YTD | 4,467.98 | 25,672.49 | 4,181.85 | 0.00 | 286.13 |

## Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Sales | | | 2,607.08 | 87,646.09 |
| Tips | | | 489.64 | 21,204.51 |
| Regular | 19.58 | 2.830000 | 55.41 | 0.00 |
| Regular | 9.57 | 5.000000 | 47.85 | 4,151.87 |
| Salad Prep | | | 0.22 | 19.30 |
| Overtime | | | | 296.81 |
| Tip offset | | | -489.64 | -21,204.51 |
| **Total:** | **29.15** | | **103.48** | **4,467.98** |

## Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Med/EE/tip | 7.10 | 307.46 |
| Fed Withholdng | 33.02 | 1,558.22 |
| Fed OASDItipEE | 30.35 | 1,314.67 |
| Fed MED/EE | 1.50 | 64.79 |
| Fed OASDI/EE | 6.42 | 277.02 |
| PA Unempl EE | 0.41 | 17.97 |
| PA Withholdng | 18.21 | 484.39 |
| PA Withholdng | 5.47 | 116.33 |
| PA LS Tax | 1.00 | 41.00 |
| **Total:** | **103.48** | **4,181.85** |

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Tips | | | 489.64 | 21,204.51 |
| Regular | 19.58 | 2.830000 | 55.41 | 0.00 |
| Regular | 9.57 | 5.000000 | 47.85 | 4,151.87 |
| Salad Prep | | | 0.22 | 19.30 |
| Overtime | | | | 296.81 |
| Tip offset | | | -489.64 | -21,204.51 |

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 33.02 | 1,558.22 |
| Fed OASDItipEE | 30.35 | 1,314.67 |
| Fed MED/EE | 1.50 | 64.79 |
| Fed OASDI/EE | 6.42 | 277.02 |
| PA Unempl EE | 0.41 | 17.97 |
| PA Withholdng | 18.21 | 484.39 |
| PA Withholdng | 5.47 | 116.33 |
| PA LS Tax | 1.00 | 41.00 |



# View Paycheck

**Dina Van Dyk**

**Company**
Red Lobster Restaurants LLC
**Address**
450 S. Orange Ave
Suite 800
Orlando, FL 32801

Net Pay $3.26
Pay Begin Date 09/23/2024
Pay End Date 09/29/2024
Check Date 10/04/2024

Review the details of your paycheck. To view other checks, select View a Different Paycheck

## General

| | |
|---|---|
| Name | Dina M Van Dyk |
| Employee ID | 102106725 |
| Address | 3037 Pleasant View Dr, Kunkletown, PA 18058 |
| Business Unit | RLUSA |
| Pay Group | RLR RLA HOURLY USA |
| Department | 6358 - Stroudsburg, PA |
| Location | Stroudsburg - Bartonsville, Pa |
| Job Title | Restaurant Hourly Employee |
| Pay Rate | Weekly |

## Tax Data

| | |
|---|---|
| Fed Tax Status | Married |
| Fed Allowances | N/A |
| Fed Percent | N/A |
| Fed Addl Amount | $0.00 |
| PA Tax Status | Not applicable |
| W/H Allows | 0 |
| PA Addl Percent | 0.000 |
| PA Addl Amount | $0.00 |

## Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 46.17 | 321.16 | 42.91 | 0.00 | 3.26 |
| YTD | 4,364.50 | 25,079.37 | 4,078.37 | 0.00 | 286.13 |

## Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Sales | | | 2,001.32 | 85,039.01 |
| Tips | | | 274.99 | 20,714.87 |
| Regular | 13.43 | 2.830000 | 38.01 | 0.00 |
| Regular | 1.05 | 7.250000 | 7.61 | 4,048.61 |
| Salad Prep | | | 0.55 | 19.08 |
| Overtime | | | | 296.81 |
| Tip offset | | | -274.99 | -20,714.87 |
| **Total:** | 14.48 | | 46.17 | 4,364.50 |

## Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Med/EE/tip | 3.99 | 300.36 |
| Fed Withholdng | 4.04 | 1,525.20 |
| Fed OASDItipEE | 17.05 | 1,284.32 |
| Fed MED/EE | 0.67 | 63.29 |
| Fed OASDI/EE | 2.86 | 270.60 |
| PA Unempl EE | 0.23 | 17.56 |
| PA Withholdng | 9.86 | 466.18 |
| PA Withholdng | 3.21 | 110.86 |
| PA LS Tax | 1.00 | 40.00 |
| **Total:** | 42.91 | 4,078.37 |

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Tips | | | 274.99 | 20,714.87 |
| Regular | 13.43 | 2.830000 | 38.01 | 0.00 |
| Regular | 1.05 | 7.250000 | 7.61 | 4,048.61 |
| Salad Prep | | | 0.55 | 19.08 |
| Overtime | | | | 296.81 |
| Tip offset | | | -274.99 | -20,714.87 |

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 4.04 | 1,525.20 |
| Fed OASDItipEE | 17.05 | 1,284.32 |
| Fed MED/EE | 0.67 | 63.29 |
| Fed OASDI/EE | 2.86 | 270.60 |
| PA Unempl EE | 0.23 | 17.56 |
| PA Withholdng | 9.86 | 466.18 |
| PA Withholdng | 3.21 | 110.86 |
| PA LS Tax | 1.00 | 40.00 |



# View Paycheck

**Dina Van Dyk**

Company
Red Lobster Restaurants LLC
Address
450 S. Orange Ave
Suite 800
Orlando, FL 32801

Net Pay $0.00
Pay Begin Date 09/16/2024
Pay End Date 09/22/2024
Check Date 09/27/2024

Review the details of your paycheck. To view other checks, select View a Different Paycheck

## General

| | |
|---|---|
| Name | Dina M Van Dyk |
| Employee ID | 102106725 |
| Address | 3037 Pleasant View Dr, Kunkletown, PA 18058 |
| Business Unit | RLUSA |
| Pay Group | RLR RLA HOURLY USA |
| Department | 6358 - Stroudsburg, PA |
| Location | Stroudsburg - Bartonsville, Pa |
| Job Title | Restaurant Hourly Employee |
| Pay Rate | Weekly |

## Tax Data

| | | | |
|---|---|---|---|
| Fed Tax Status | Married | PA Tax Status | Not applicable |
| Fed Allowances | N/A | W/H Allows | 0 |
| Fed Percent | N/A | PA Addl Percent | 0.000 |
| Fed Addl Amount | $0.00 | PA Addl Amount | $0.00 |

## Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 24.71 | 205.96 | 24.71 | 0.00 | 0.00 |

## Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Sales | | | 1,200.64 |
| Tips | | | 181.25 |
| Regular | 8.68 | 2.830000 | 24.56 |
| Salad Prep | | | 0.15 |
| Tip offset | | | -181.25 |
| **Total:** | **8.68** | | **24.71** |

## Taxes

| Description | Amount |
|---|---|
| Fed Med/EE/tip | 2.62 |
| Fed Withholdng | |
| Fed OASDItipEE | 11.24 |
| Fed MED/EE | 0.36 |
| Fed OASDI/EE | 1.53 |
| PA Unempl EE | 0.14 |
| PA Withholdng | 6.32 |
| PA Withholdng | 1.50 |
| PA LS Tax | 1.00 |
| **Total:** | **24.71** |

| Tips | | | 181.25 |
| Regular | 8.68 | 2.830000 | 24.56 |
| Salad Prep | | | 0.15 |
| Tip offset | | | -181.25 |

| Fed Withholdng | |
| Fed OASDItipEE | 11.24 |
| Fed MED/EE | 0.36 |
| Fed OASDI/EE | 1.53 |

**Red Lobster Restaurants LLC**
450 S. Orange Ave, Suite 800
Orlando, FL 32801

| | |
|---|---|
| Pay Begin Date: | 09/09/2024 |
| Pay End Date: | 09/15/2024 |

| | |
|---|---|
| Business Unit: | RLUSA |
| Advice #: | **000000017242389** |
| Advice Date: | 09/20/2024 |

**Dina M Van Dyk**
3037 Pleasant View Dr
Kunkletown, PA 18058

| | |
|---|---|
| Employee ID: | 102106725 |
| Department: | 6358-Stroudsburg, PA |
| Location: | Stroudsburg - Bartonsville, Pa |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Tips Reported | | | 224.64 | | 20,258.63 |
| Regular Wages | 2.830000 | 13.57 | 38.40 | 879.31 | 3,978.43 |
| Minimum Wage Salad Prep | | | 0.00 | | 18.38 |
| Overtime Wages | | | 0.00 | 34.34 | 296.81 |
| **TOTAL:** | | **13.57** | **38.40** | **913.65** | **4,293.62** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Med/EE/tip | 3.26 | 293.75 |
| Fed Withholdng | 0.00 | 1,521.16 |
| Fed OASDItipEE | 13.93 | 1,256.03 |
| Fed MED/EE | 0.56 | 62.26 |
| Fed OASDI/EE | 2.38 | 266.21 |
| PA Unempl EE | 0.19 | 17.19 |
| PA Withholdng | 8.08 | 450.00 |
| PA Withholdng | 2.63 | 106.15 |
| PA LS Tax | 1.00 | 38.00 |
| **TOTAL:** | **32.03** | **4,010.75** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **0.00** | **0.00** | *TAXABLE | | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **0.00** | **0.00** | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 38.40 | 263.04 | 32.03 | 0.00 | 6.37 |
| YTD | 4,293.62 | 24,552.25 | 4,010.75 | 0.00 | 282.87 |

| YEAR-TO-DATE | VACATION | SICK HOURS* |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **0.0** | **0.0** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000017242389 | Checking | xxxxxxx3278 | 6.37 |
| **TOTAL:** | | | **6.37** |

* Where applicable by law.

**MESSAGE:**



## View Paycheck

**Dina Van Dyk**     Net Pay $16.91

**Company**
Red Lobster Restaurants LLC
**Address**
450 S. Orange Ave
Suite 800
Orlando, FL 32801

Pay Begin Date 09/02/2024
Pay End Date 09/08/2024
Check Date 09/13/2024

Review the details of your paycheck. To view other checks, select **View a Different Paycheck**

### General

| | | | |
|---|---|---|---|
| Name | Dina M Van Dyk | Business Unit | RLUSA |
| Employee ID | 102106725 | Pay Group | RLR RLA HOURLY USA |
| Address | 3037 Pleasant View Dr | Department | 6358 - Stroudsburg, PA |
| | Kunkletown, PA 18058 | Location | Stroudsburg - Bartonsville, Pa |
| | | Job Title | Restaurant Hourly Employee |
| | | Pay Rate | Weekly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Tax Status | Married | PA Tax Status | Not applicable |
| Fed Allowances | N/A | W/H Allows | 0 |
| Fed Percent | N/A | PA Addl Percent | 0.000 |
| Fed Addl Amount | $0.00 | PA Addl Amount | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 33.72 | 134.14 | 16.81 | 0.00 | 16.91 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Sales | | | 829.84 |
| Tips | | | 100.42 |
| Regular | 11.85 | 2.830000 | 33.54 |
| Salad Prep | | | 0.18 |
| Tip offset | | | -100.42 |
| **Total:** | **11.85** | | **33.72** |
| Tips | | | 100.42 |
| Regular | 11.85 | 2.830000 | 33.54 |
| Salad Prep | | | 0.18 |
| Tip offset | | | -100.42 |

### Taxes

| Description | Amount |
|---|---|
| Fed Med/EE/tip | 1.45 |
| Fed Withholdng | |
| Fed OASDItipEE | 6.23 |
| Fed MED/EE | 0.49 |
| Fed OASDI/EE | 2.09 |
| PA Unempl EE | 0.09 |
| PA Withholdng | 4.12 |
| PA Withholdng | 1.34 |
| PA LS Tax | 1.00 |
| **Total:** | **16.81** |
| Fed Withholdng | |
| Fed OASDItipEE | 6.23 |
| Fed MED/EE | 0.49 |
| Fed OASDI/EE | 2.09 |

| Total: | | 29.15 | | 103.48 | 4,467.98 | Total: | | 103.48 | 4,181.85 |

| Before-Tax Deductions | | | After Tax Deductions | | | Employer Paid Benefits | | |
|---|---|---|---|---|---|---|---|---|
| Description | Amount | YTD Amount | Description | Amount | YTD Amount | Description | Amount | YTD Amount |
| | | | | | | | | |
| Total: | | 0.00 | Total: | | 0.00 | Total: | | 0.00 |
| | | | | | | | | |
| Total: | | 0.00 | Total: | | 0.00 | Total: | | 0.00 |

# View Paycheck

Dina Van Dyk

**Net Pay** $7.56

**Company**
Red Lobster Restaurants LLC
**Address**
450 S. Orange Ave
Suite 800
Orlando, FL 32801

**Pay Begin Date** 08/26/2024
**Pay End Date** 09/01/2024
**Check Date** 09/06/2024

Review the details of your paycheck. To view other checks, select   View a Different Paycheck

## General

| | | | |
|---|---|---|---|
| **Name** | Dina M Van Dyk | **Business Unit** | RLUSA |
| **Employee ID** | 102106725 | **Pay Group** | RLR RLA HOURLY USA |
| **Address** | 3037 Pleasant View Dr | **Department** | 6358 - Stroudsburg, PA |
| | Kunkletown, PA 18058 | **Location** | Stroudsburg - Bartonsville, Pa |
| | | **Job Title** | Restaurant Hourly Employee |
| | | **Pay Rate** | Weekly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Tax Status** | Married | **PA Tax Status** | Not applicable |
| **Fed Allowances** | N/A | **W/H Allows** | 0 |
| **Fed Percent** | N/A | **PA Addl Percent** | 0.000 |
| **Fed Addl Amount** | $0.00 | **PA Addl Amount** | $0.00 |

## Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 33.63 | 211.67 | 26.07 | 0.00 | 7.56 |
| YTD | 4,221.50 | 24,155.07 | 3,961.91 | 0.00 | 259.59 |

## Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Sales | | | 1,238.57 | 79,428.63 |
| Tips | | | 178.04 | 19,933.57 |
| Regular | 11.82 | 2.830000 | 33.45 | 3,906.49 |
| Salad Prep | | | 0.18 | 18.20 |
| Overtime | | | | 296.81 |
| Tip offset | | | -178.04 | -19,933.57 |
| **Total:** | **11.82** | | **33.63** | **4,221.50** |

## Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Med/EE/tip | 2.58 | 289.04 |
| Fed Withholdng | | 1,521.16 |
| Fed OASDItipEE | 11.03 | 1,235.87 |
| Fed MED/EE | 0.49 | 61.21 |
| Fed OASDI/EE | 2.09 | 261.74 |
| PA Unempl EE | 0.26 | 16.91 |
| PA Withholdng | 6.50 | 437.80 |
| PA  Withholdng | 2.12 | 102.18 |
| PA  LS Tax | 1.00 | 36.00 |
| **Total:** | **26.07** | **3,961.91** |

| Tips | | | 178.04 | 19,933.57 |
| Regular | 11.82 | 2.830000 | 33.45 | 3,906.49 |
| Salad Prep | | | 0.18 | 18.20 |
| Overtime | | | | 296.81 |
| Tip offset | | | -178.04 | -19,933.57 |

| Fed Withholdng | | 1,521.16 |
| Fed OASDItipEE | 11.03 | 1,235.87 |
| Fed MED/EE | 0.49 | 61.21 |
| Fed OASDI/EE | 2.09 | 261.74 |
| PA Unempl EE | 0.26 | 16.91 |
| PA Withholdng | 6.50 | 437.80 |
| PA  Withholdng | 2.12 | 102.18 |
| PA  LS Tax | 1.00 | 36.00 |

# View Paycheck

Dina Van Dyk

| | |
|---|---|
| **Company** | Net Pay $0.00 |
| Red Lobster Restaurants LLC | Pay Begin Date 08/19/2024 |
| **Address** | Pay End Date 08/25/2024 |
| 450 S. Orange Ave | Check Date 08/30/2024 |
| Suite 800 | |
| Orlando, FL 32801 | |

Review the details of your paycheck. To view other checks, select View a Different Paycheck

## General

| | | | |
|---|---|---|---|
| Name | Dina M Van Dyk | Business Unit | RLUSA |
| Employee ID | 102106725 | Pay Group | RLR RLA HOURLY USA |
| Address | 3037 Pleasant View Dr | Department | 6358 - Stroudsburg, PA |
| | Kunkletown, PA 18058 | Location | Stroudsburg - Bartonsville, Pa |
| | | Job Title | Restaurant Hourly Employee |
| | | Pay Rate | Weekly |

## Tax Data

| | | | |
|---|---|---|---|
| Fed Tax Status | Married | PA Tax Status | Not applicable |
| Fed Allowances | N/A | W/H Allows | 0 |
| Fed Percent | N/A | PA Addl Percent | 0.000 |
| Fed Addl Amount | $0.00 | PA Addl Amount | $0.00 |

## Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 17.09 | 180.79 | 17.09 | 0.00 | 0.00 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Sales | | | 839.29 |
| Tips | | | 163.70 |
| Regular | 6.00 | 2.830000 | 16.98 |
| Salad Prep | | | 0.11 |
| Tip offset | | | -163.70 |

### Taxes

| Description | Amount |
|---|---|
| Fed Med/EE/tip | 2.37 |
| Fed Withholdng | |
| Fed OASDItipEE | 10.15 |
| Fed MED/EE | 0.25 |
| Fed OASDI/EE | 1.06 |
| PA Unempl EE | 0.02 |
| PA Withholdng | 2.07 |
| PA Withholdng | 0.17 |
| PA LS Tax | 1.00 |

| Total: | | 6.00 | | 17.09 | Total: | 17.09 |

| Tips | | | 163.70 | Fed Withholdng | |
| Regular | | 6.00 | 2.830000 | 16.98 | Fed OASDItipEE | 10.15 |
| Salad Prep | | | | 0.11 | Fed MED/EE | 0.25 |

| **Red Lobster Restaurants LLC** | | | | | | Business Unit: | RLUSA | |
|---|---|---|---|---|---|---|---|---|
| 450 S. Orange Ave, Suite 800 | | Pay Begin Date: | 08/12/2024 | | | Advice #: | **000000017164312** | |
| Orlando, FL 32801 | | Pay End Date: | 08/18/2024 | | | Advice Date: | 08/23/2024 | |

| | | | | | | TAX DATA: | **Federal** | **PA State** |
|---|---|---|---|---|---|---|---|---|
| **Dina M Van Dyk** | Employee ID: | 102106725 | | | | Marital Status: | Married | N/A |
| 3037 Pleasant View Dr | Department: | 6358-Stroudsburg, PA | | | | Allowances: | N/A | N/A |
| Kunkletown, PA 18058 | Location: | Stroudsburg - Bartonsville, Pa | | | | Addl. Percent: | N/A | |
| | | | | | | Addl. Amount: | | |

| **HOURS AND EARNINGS** | | | | | | **TAXES** | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Tips Reported | | | 173.42 | | 19,591.83 | Fed Med/EE/tip | 2.52 | 284.09 |
| Regular Wages | 2.830000 | 12.97 | 36.71 | 836.07 | 3,856.06 | Fed Withholdng | 0.00 | 1,521.16 |
| Minimum Wage Salad Prep | | | 0.22 | | 17.91 | Fed OASDItipEE | 10.75 | 1,214.69 |
| Overtime Wages | | | 0.00 | 34.34 | 296.81 | Fed MED/EE | 0.53 | 60.47 |
| | | | | | | Fed OASDI/EE | 2.29 | 258.59 |
| | | | | | | PA Unempl EE | 0.14 | 16.63 |
| | | | | | | PA Withholdng | 6.46 | 429.23 |
| | | | | | | PA Withholdng | 2.10 | 99.89 |
| | | | | | | PA LS Tax | 1.00 | 34.00 |
| **TOTAL:** | | **12.97** | **36.93** | **870.41** | **4,170.78** | **TOTAL:** | **25.79** | **3,918.75** |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **EMPLOYER PAID BENEFITS** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **0.00** | **0.00** | ***TAXABLE** | | |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **EMPLOYER PAID BENEFITS** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **0.00** | **0.00** | ***TAXABLE** | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 36.93 | 210.35 | 25.79 | 0.00 | 11.14 |
| YTD | 4,170.78 | 23,762.61 | 3,918.75 | 0.00 | 252.03 |

| **YEAR-TO-DATE** | **VACATION** | **SICK HOURS*** | **NET PAY DISTRIBUTION** | | | |
|---|---|---|---|---|---|---|
| | | | | **Account Type** | **Account Number** | **Deposit Amount** |
| Start Balance | 0.0 | 0.0 | Advice #000000017164312 | Checking | xxxxxxx3278 | 11.14 |
| + Earned | 0.0 | 0.0 | | | | |
| + Bought | 0.0 | 0.0 | | | | |
| - Taken | 0.0 | 0.0 | | | | |
| - Sold | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| **End Balance** | **0.0** | **0.0** | **TOTAL:** | | | **11.14** |

* Where applicable by law.

**MESSAGE:**

To whom it may concern

Dina Van Dyk works for Migdalia's Kitchen, she works approximately 35 hours a week, she makes $14.00 an hour
She started May 10 2024

Sincerely,

Michael Simmons
Owner Migdalia's Kitchen LLC