United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Kyle Van Dyk  
Dina Marie Van Dyk  
    Debtors

Case No. 24-02793-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Dec 17, 2024     Form ID: ntcnfhrg     Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kyle Van Dyk, Dina Marie Van Dyk, 3037 Pleasant View Drive, Kunkletown, PA 18058-9355 |
| 5664914 | + | Pennymac Loan Services, 27001 Agoura Rd, Calabasas, CA 91301-5339 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5674764 | | Email/PDF: bncnotices@becket-lee.com | Dec 17 2024 18:45:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5664905 | + | Email/PDF: bncnotices@becket-lee.com | Dec 17 2024 18:45:45 | Amex, P O Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5664906 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2024 18:45:38 | Cap One, Po Box 85015, Richmond, VA 23285 |
| 5664907 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2024 18:45:44 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 5666593 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2024 18:45:38 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5664908 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 17 2024 18:45:37 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 5664909 | | Email/Text: mrdiscen@discover.com | Dec 17 2024 18:42:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 5664910 | | Email/Text: mrdiscen@discover.com | Dec 17 2024 18:42:00 | Discoverbank, Pob 15316, Wilmington, DE 19850 |
| 5666575 | | Email/Text: mrdiscen@discover.com | Dec 17 2024 18:42:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5664911 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2024 18:45:47 | Jpmcb Card, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 5670341 | + | Email/Text: RASEBN@raslg.com | Dec 17 2024 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5664912 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 17 2024 18:43:00 | Navy Fcu, 820 Follin Lane, Vienna, VA 22180-4907 |
| 5664913 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 17 2024 18:43:00 | Navy Federal Cr Union, 820 Follin Ln Se, Vienna, VA 22180-4907 |
| 5673160 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 17 2024 18:43:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5667113 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2024 18:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

| | | | | |
|---|---|---|---|---|
| 5675856 | + | Email/PDF: ebnotices@pnmac.com | Dec 17 2024 18:45:43 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5664915 | + | Email/Text: bncmail@w-legal.com | Dec 17 2024 18:42:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Christopher G. Cassie | on behalf of Debtor 1 Kyle Van Dyk ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Christopher G. Cassie | on behalf of Debtor 2 Dina Marie Van Dyk ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kyle Van Dyk,

    **Debtor 1**

Dina Marie Van Dyk,
aka Dina Marie Feil,

    **Debtor 2**

Chapter 13

Case No. 5:24−bk−02793−MJC

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 16, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: January 23, 2025<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 17, 2024 |

ntcnfhrg (08/21)