UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Kyle Van Dyk<br>Dina Marie Van Dyk, | Case No.: 5:24-bk-02793-MJC |
| Debtor. | |
| Kyle Van Dyk<br>Dina Marie Van Dyk, | : |
| Movant. | : |
| Vs. | : |
| Jack N. Zaharopoulos | : |
| Respondent. | : |

CERTIFICATE OF SERVICE

The undersigned counsel for the above captioned Debtor, hereby certifies that a copy of the Second Amended Chapter 13 Plan and Notice of Motion filed on March 10, 2025 was delivered by first class mail and/or electronic filing to the following creditors on March 10, 2025.

| **Jack N. Zaharopoulos**<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>info@pamd13trustee.com | **United States Trustee**<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102<br>ustpregion03.ha.ecf@usdoj.gov |
|---|---|
| **Kyle and Dina Van Dyk, Debtors**<br>3037 Pleasant View Drive<br>Kunkletown, PA 18058 | **Brent J. Lemon, Esq.**<br>KML Law Group, P.C.<br>701 Market Street, #5000<br>Philadelphia, PA 19106<br>**blemon@kmllawgroup.com** |

| | |
|---|---|
| **American Express National Bank**<br>c/o Becket and Lee LLP<br>Po Box 3001<br>Malvern, PA 19355-0701 | **Amex**<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| **Capital One**<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | **Capital One**<br>Po Box 85064<br>Glen Allen, VA 23058 |
| **Capital One NA**<br>By AIS InfoSource LP as agent<br>Po Box 71083<br>Charlotte, NC 28272-1083 | **Credit One Bank NA**<br>Po Box 98875<br>Las Vegas, NV 89193-8875 |
| **Discover Bank**<br>Po Box 3025<br>New Albany, NY 43054-3025 | **Discover Financial Services LLC**<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| **JPMorgan Chase Bank, N.A.**<br>JPMCB Card<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 | **Navy Federal Credit Union**<br>820 Follin Lane<br>Vienna, VA 22180-4907 |
| **Navy Federal Credit Union**<br>Po Box 3000<br>Merrifield, VA 22119-3000 | **Pennsylvania Department of Revenue**<br>Bankruptcy Division<br>Po Box 280946<br>Harrisburg, PA 17128-0946 |

| **PennyMac Loan Services, LLC**<br>Po Box 2410<br>Moorpark, CA 93020-240 | **Pennymac Loan Services**<br>27001 Agoura Rd<br>Calabasas, CA 91301-5339 |
|---|---|
| **TD Bank USA / Target**<br>Po Box 673<br>Minneapolis, MN 55440-0673 | |

<u>/s/ Christopher G. Cassie, Esq.</u>
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
Telephone: (856) 831-7119
Facsimile: (856) 282-1090
*Attorney for the Debtors*